912

No. 78–6278. GREEN v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 78–6279. CREQUE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 78–6285. HARRISON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78–6289. CZORNONOH v. UNITED STATES SECRET SERVICE; and CZORNONOH v. STALLARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–6339. GOODLOE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6347. CACY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6348. GORDON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 78–6355. ALONZO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6364. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6370. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6373. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6377. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6389. POWELL v. FARRELL, CONTROLLER OF THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari before judgment denied.